No. 68302.—Polk's Model Craft Hobbies, Inc., and Air Clearance Association, Inc., et al. v. United States, protests 58/13348, etc. (New York).

Opinion by Oliver, C.J.  In accordance with stipulation of counsel that the merchandise consists of miniature railroad locomotives and equipment similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the merchandise was held dutiable, according to the component material of chief value or under specific provisions, as follows: The items marked "A" at the appropriate rate, depending upon the date of entry, under the provision in paragraph 397, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), or by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108), for manufactures in chief value of base metal; the items marked "B" at 13¾ percent under the provision in paragraph 353, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739), for metal articles having as an essential feature an electrical element or device; the items marked "C" at 16⅔ percent under the provision in paragraph 412, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T.D. 52373), supplemented by Presidential proclamation (T.D. 52476), for manufactures of wood; and the items marked "D" at 12½ percent under the provision in paragraph 1537(b), as modified by T.D. 53865 and T.D. 53877, for manufactures of india rubber, as claimed.

No. 68303.—International Models, Inc., et al. v. United States, protests 59/18609, etc. (New York).

Opinion by Oliver, C.J.  In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the items marked "A," stipulated to consist of HO gauge railroad accessories, were held dutiable at the appropriate rate, depending upon the date of entry, under the provision in paragraph 397, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), or by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108), for manufactures of metal. The items marked "B," stipulated to consist of locomotives or other electrical articles, were held dutiable at 13¾ percent under the provision in paragraph 353, as modified by T.D. 52739, for metal articles having as an essential feature an electrical element or device, as claimed.